UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § 1:08-CR-009-P |
| v. | § |
| | § |
| CORY ALAN BROCKMAN (1) | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions and Recommendation in this case. Objections were not filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge regarding the prison term of fourteen (14) months and no additional term of supervised release imposed.

SO ORDERED this 1st day of Aug, 2015.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE